**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 272 MAL 2019

                 Respondent      :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

           v.                    :

                               :

DEREK JONES,                    :

                               :

                 Petitioner      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.